JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SUSAN BERRY, individually and as successor-in-interest to decedent John Berry, CHRIS BERRY, an individual, and MELISSA BERRY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; SHERIFF JIM McDONNELL; JAMES JOBLING; MICHAEL BITOLAS; ANTHONY JOHNSON; GRANT OBERLE; ERIC SAAVEDRA; SERGIO SANTOYO; ROBERT SOLORIO; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. CV 15-9715 BRO (KSx)<br><br>(State Case No. BC597932)<br><br>**ORDER RE: STIPULATION FOR VOLUNTARY DISMISSAL OF ALL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE**<br><br>[Assigned to Judge Beverly Reid O'Connell – Courtroom "7C"]<br><br>Trial Date:     1/31/17 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

After full consideration of the parties' Stipulation for Voluntary Dismissal of the claims of plaintiffs SUSAN BERRY, CHRIS BERRY, MELISSA BERRY and B.N.B., a minor, by and through her guardian ad litem Melissa Berry against defendants COUNTY OF LOS ANGELES, SHERIFF JIM McDONNELL, JAMES JOBLING, MICHAEL BITOLAS, ANTHONY JOHNSON, GRANT OBERLE,

ERIC SAAVEDRA and ROBERT SOLORIO with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1):

1. IT IS HEREBY ORDERED that the above-captioned action, *Susan Berry, et al. v. County of Los Angeles, et al.*, Case No. CV15-9715 BRO (KSx), brought by plaintiffs SUSAN BERRY, CHRIS BERRY, MELISSA BERRY and B.N.B., a minor, by and through her guardian ad litem Melissa Berry against defendants COUNTY OF LOS ANGELES, SHERIFF JIM McDONNELL, JAMES JOBLING, MICHAEL BITOLAS, ANTHONY JOHNSON, GRANT OBERLE, ERIC SAAVEDRA and ROBERT SOLORIO, is dismissed with prejudice.

2. Each party shall bear their own costs and attorney's fees.

IT IS SO ORDERED.

DATED: July 10, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge